| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ripple, Kenneth F. | 2. Court or Organization Court of Appeals - 7th Circuit | 3. Date of Report 05/13/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge - Senior | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |
| 7. Chambers or Office Address United States Courthouse 204 South Main St., Room 208 South Bend, IN 46601-2122 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. See Section VIII, Part I | |
| 2. See Section VIII, Part I | |
| 3. See Section VIII, Part I | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | See Section VIII, Part II |
| 2. 2014 | See Section VIII, Part II |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Part-time teaching - University of Notre Dame | $25,780.98 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | See Section VIII, Part IV | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[ ] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. See Section VIII, Part V | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. 1st Source Bank | Mortgage on Rental Property #1, Grand Rapids, MI (Part VII Line 139) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Key Bank, So. Bend, IN IRA - CD | A | Interest | | | Closed | 07/29/14 | J | | |
| 2.  Key Bank, So. Bend, IN IRA - CD | A | Interest | | | Closed | 10/09/14 | K | | |
| 3.  Key Bank, So. Bend, IN IRA - Money Market | A | Interest | K | T | Open | 07/29/14 | J | | |
| 4.  Dreyfus Fund - IRA (Dreyfus Liquid Assets, Inc.) | | None | K | T | | | | | |
| 5.  Notre Dame FCU - Notre Dame, IN savings & checking account | A | Interest | L | T | | | | | |
| 6.  U.S. Savings Bonds | | None | J | T | | | | | |
| 7.  UND TIAA/CREF Retirement Fund | D | Int./Div. | O | T | | | | | |
| 8.  Prudential Insurance Policy #1 | A | Dividend | K | T | | | | | |
| 9.  Prudential Insurance Policy #2 | A | Dividend | J | T | | | | | |
| 10.  Conseco Whole Life Insurance Policy #1 | | None | J | T | | | | | |
| 11.  Conseco Whole Life Insurance Policy #2 | | None | J | T | | | | | |
| 12.  Metlife Whole Life Insurance Policy | | None | J | T | | | | | |
| 13.  Trust #5 | E | Int./Div. | O | T | | | | | |
| 14.  - Fidelity Contra Fund | | | | | | | | | |
| 15.  - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 16.  - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 17.  - Morgan Stanley Instl Intl Eq-I | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - New World Fd - F2 | | | | | | | | | |
| 19.   - Federated Tax Free Obligations SS Fund | | | | | | | | | |
| 20.   - Fidelity Low Priced Stock Fund | | | | | | | | | |
| 21.   - Templeton Global Bond Fd-Ad | | | | | | | | | |
| 22.   - Robeco BP A/Cap Value-Is | | | | | | | | | |
| 23.   - Vanguard Short-Term T/E Fund - Inv | | | | | | | | | |
| 24.   - Nuveen Short Dur H/Y Muni-I (X) | | | | | | | | | |
| 25.   - Vanguard Intm Trm T/E Fd-Adm (X) | | | | | | | | | |
| 26.   - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 01/31/14 | J | | |
| 27.   - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 01/17/14 | J | | |
| 28.   - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 01/31/14 | J | | |
| 29.   - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 02/28/14 | J | | |
| 30.   - Fidelity Contra Fund | | | | | Buy (add'l) | 02/10/14 | J | | |
| 31.   - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 02/20/14 | J | | |
| 32.   - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 02/28/14 | J | | |
| 33.   - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 03/31/14 | J | | |
| 34.   - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 03/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 03/31/14 | J | | |
| 36. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 04/30/14 | J | | |
| 37. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 04/17/14 | J | | |
| 38. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 04/30/14 | J | | |
| 39. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 05/31/14 | J | | |
| 40. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 05/19/14 | J | | |
| 41. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 05/31/14 | J | | |
| 42. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 06/30/14 | J | | |
| 43. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 06/18/14 | J | | |
| 44. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 06/30/14 | J | | |
| 45. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 07/31/14 | L | | |
| 46. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 07/03/14 | J | | |
| 47. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 07/17/14 | J | | |
| 48. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 07/31/14 | J | | |
| 49. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 08/31/14 | L | | |
| 50. - New World Fd - F2 | | | | | Buy (add'l) | 08/14/14 | J | | |
| 51. - Nuveen Short Dur H/Y Muni-I | | | | | Buy | 08/14/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Intm Trm T/E Fd-Adm | | | | | Buy | 08/14/14 | K | | |
| 53. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/19/14 | J | | |
| 54. - Vanguard Intm Trm T/E Fd-Adm | | | | | Buy (add'l) | 08/28/14 | L | | |
| 55. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 08/31/14 | M | | |
| 56. - Units in Tax Exempt Fund of 1st Source Bank | | | | | Sold | 08/27/14 | L | | |
| 57. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 09/30/14 | J | | |
| 58. - Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 09/08/14 | J | | |
| 59. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 09/17/14 | J | | |
| 60. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 09/30/14 | J | | |
| 61. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 10/31/14 | J | | |
| 62. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 10/17/14 | J | | |
| 63. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 10/31/14 | J | | |
| 64. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 11/30/14 | J | | |
| 65. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 11/19/14 | J | | |
| 66. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 11/30/14 | J | | |
| 67. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 12/31/14 | J | | |
| 68. - Fidelity Contra Fund | | | | | Buy (add'l) | 12/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 12/15/14 | J | | |
| 70. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 12/17/14 | J | | |
| 71. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 12/17/14 | J | | |
| 72. - Robeco BP A/Cap Value-Is | | | | | Buy (add'l) | 12/19/14 | J | | |
| 73. - New World Fd - F2 | | | | | Buy (add'l) | 12/29/14 | J | | |
| 74. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 12/31/14 | J | | |
| 75. Trust #6 | E | Int./Div. | O | T | | | | | |
| 76. - Fidelity Contra Fund | | | | | | | | | |
| 77. - Units in Intermediate Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 78. - Units in Tax Exempt Fund of 1st Source Bank | | | | | | | | | |
| 79. - Morgan Stanley Instl Intl Eq-I | | | | | | | | | |
| 80. - New World Fd - F2 | | | | | | | | | |
| 81. - Federated Tax Free Obligations SS Fund | | | | | | | | | |
| 82. - Fidelity Low Priced Stock Fund | | | | | | | | | |
| 83. - Templeton Global Bond Fd-Ad | | | | | | | | | |
| 84. - Robeco BP A/Cap Value-Is | | | | | | | | | |
| 85. - Vanguard Short-Term T/E Fund - Inv | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Nuveen Short Dur H/Y Muni-I (X) | | | | | | | | | |
| 87. - Vanguard Intm Trm T/E Fd-Adm (X) | | | | | | | | | |
| 88. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 01/31/14 | J | | |
| 89. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 01/17/14 | J | | |
| 90. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 01/31/14 | J | | |
| 91. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 02/28/14 | J | | |
| 92. - Fidelity Contra Fund | | | | | Buy (add'l) | 02/10/14 | J | | |
| 93. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 02/20/14 | J | | |
| 94. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 02/28/14 | J | | |
| 95. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 03/31/14 | J | | |
| 96. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 03/19/14 | J | | |
| 97. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 03/31/14 | J | | |
| 98. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 04/30/14 | J | | |
| 99. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 04/17/14 | J | | |
| 100. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 04/30/14 | J | | |
| 101. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 05/31/14 | J | | |
| 102. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 05/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 05/31/14 | J | | |
| 104.  - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 06/30/14 | J | | |
| 105.  - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 06/18/14 | J | | |
| 106.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 06/30/14 | J | | |
| 107.  - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 07/31/14 | L | | |
| 108.  - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 07/03/14 | J | | |
| 109.  - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 07/17/14 | J | | |
| 110.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 07/31/14 | J | | |
| 111.  - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 08/31/14 | M | | |
| 112.  - New World Fd - F2 | | | | | Buy (add'l) | 08/14/14 | J | | |
| 113.  - Robeco BP A/Cap Value-Is | | | | | Buy (add'l) | 08/14/14 | J | | |
| 114.  - Nuveen Short Dur H/Y Muni-I | | | | | Buy | 08/14/14 | K | | |
| 115.  - Vanguard Intm Trm T/E Fd-Adm | | | | | Buy | 08/14/14 | J | | |
| 116.  - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 08/19/14 | J | | |
| 117.  - Vanguard Intm Trm T/E Fd-Adm | | | | | Buy (add'l) | 08/28/14 | M | | |
| 118.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 08/31/14 | M | | |
| 119.  - Units in Tax Exempt Fund of 1st Source Bank | | | | | Sold | 08/27/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 09/30/14 | J | | |
| 121. - Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 09/08/14 | J | | |
| 122. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 09/17/14 | J | | |
| 123. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 09/30/14 | J | | |
| 124. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 10/31/14 | J | | |
| 125. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 10/17/14 | J | | |
| 126. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 10/31/14 | J | | |
| 127. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 11/30/14 | J | | |
| 128. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 11/19/14 | J | | |
| 129. - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 11/30/14 | J | | |
| 130. - Federated Tax Free Obligations SS Fund | | | | | Buy (add'l) | 12/31/14 | J | | |
| 131. - Fidelity Contra Fund | | | | | Buy (add'l) | 12/15/14 | J | | |
| 132. - Fidelity Low Priced Stock Fund | | | | | Buy (add'l) | 12/15/14 | J | | |
| 133. - Templeton Global Bond Fd-Ad | | | | | Buy (add'l) | 12/17/14 | J | | |
| 134. - Morgan Stanley Instl Intl Eq-I | | | | | Buy (add'l) | 12/17/14 | J | | |
| 135. - Robeco BP A/Cap Value-Is | | | | | Buy (add'l) | 12/19/14 | J | | |
| 136. - New World Fd - F2 | | | | | Buy (add'l) | 12/29/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Federated Tax Free Obligations SS Fund | | | | | Sold (part) | 12/31/14 | J | | |
| 138.  1st Source Bank - Checking | A | Interest | J | T | | | | | |
| 139.  Rental Property #1, Grand Rapids, MI (2013, $187,000) | E | Rent | M | R | | | | | |
| 140.  Interest on Judicial Judgment Back Pay | C | Interest | | | Redeemed | 06/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ripple, Kenneth F. | 05/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Item No. 1. Part-time Professor of Law, University of Notre Dame (joined faculty in 1977; part-time since appointment to the Judiciary).

As a faculty member, Judge Ripple is entitled to purchase tickets at a discount for athletic events. He receives, on the same basis as other faculty members, a discount on some items at the University bookstore. He also may use other University facilities such as the library and athletic facilities. Notre Dame provides Judge Ripple with Westlaw and Lexis services for his academic needs. Judge Ripple had the approval of the Chief Circuit Judge for his teaching activities.

Item No. 2. During the reporting period, Judge Ripple was a member of the visiting committee of the Divinity School of the University of Chicago. Members of the Visiting Committee simply give advice to the administration and faculty of the University. They have no authority in matters of university governance.

Item No. 3. Member, Judicial Advisory Board, American Society of International Law. During the reporting period, Judge Ripple began his service on this board whose function is to advise the Society of the educational needs of the judiciary in the area of International law and to inform the Society of the cases that have been decided by the courts in that area. Each circuit has a representative. Judge Ripple was designated by the Chief Judge of the Circuit, and his appointment was approved by Justice Ginsburg, who serves as chair of the Committee.

II. Agreement

Item No. 1. TIAA/CREF Pension Fund - Prior to his appointment, Judge Ripple was a full-time employee of the University of Notre Dame. During those years (1977-1985), both he and the University contributed on his behalf to this nation-wide pension fund for University professors. The fund is administered by a board of trustees. Although Judge Ripple continues to teach at the University, neither he nor the University contributes to the fund as part of this arrangement.

Item No. 2. Part-time professor, University of Notre Dame - Details are set forth above in Section VIII, I.

IV. Reimbursements

On June 11, 2014, Judge Ripple gave a continuing legal education lecture at the Notre Dame Center in Chicago, Illinois. It was sponsored by the Notre Dame Club of Chicago, and the Club reimbursed him for overnight lodging and meals. The total reimbursement was $239.66.

V. Gifts

Honorary bar association memberships listed in previous years are not listed here because the value of each is less than the reportable amount.

West Publishing Company supplies Judge Ripple with a sample set of the Federal Reporter and miscellaneous legal material for use in his chambers. The Company makes these books available to all federal judges. The estimated value of these materials is $1,870.28. This materials is used for the performance of official duties. Judge Ripple has transferred any interest he may have in these materials to the United States Government.

VII. Investments and Trusts

Item Nos. 10, 11 & 12. No dividends or interest are attributable to any individual policy of this type. Each policy does have a cash value; that value is noted.

Item Nos. 14 - 74. These are all holdings, purchase, and sale transactions within Trust No. 5 (Item 13).

Item Nos. 76 - 137. These are all holdings, purchase, and sale transactions within Trust No. 5 (Item 75).

Item No. 140. Judicial Judgment Back Pay. Judge Ripple is a member of the class of federal judges who served between November 30, 2006 and December 9, 2013. See Barker v. United States, No. 12-826 (Fed. Cl. 2012). He was notified in 2013 that he was eligible for back salary for that period. By the end of the 2013 reporting period, the amount of that back salary was not yet calculated nor received by Judge Ripple. During 2014 the judgment, an award of back judicial salary, was paid by the Administrative Office of the United States Courts. The payment included interest in the amount of $2,600.06.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Kenneth F. Ripple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544